IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY O. MOORE,

    Plaintiff,                                       CIV. NO. S-03-1060 GGH

    vs.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
    _____/

GARY ONEIL MOORE, SR.,

    Plaintiff,                                       CIV. NO. S-05-1858 KJM

    vs.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.                                   <u>RELATED ORDER</u>
    _____/

        Examination of the above-entitled actions reveals that these cases are related within the meaning of Local Rule 83-123(a), E.D. Cal. (1997).  The actions involve the same property, transaction or event and similar questions of fact and the same question of law.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.  The parties should be aware that relating the

\\\\\

1

1  cases under Local Rule 83-123 merely has the result that the actions are assigned to the same
2  judge and magistrate judge; no consolidation of the actions is effected.
3        Therefore, IT IS ORDERED that the action denominated as Civil No. S-05-1858
4  KJM is reassigned to Magistrate Judge Gregory G. Hollows for all further proceedings.
5  Henceforth, the caption on documents filed in the reassigned case shall be shown as No. CIV S-
6  05-1858 GGH.
7        IT IS FURTHER ORDERED that the Clerk of the Court make appropriate
8  adjustment in the assignment of civil cases to compensate for this reassignment.
9  DATED: 5/5/06

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

Moore1060.rel.wpd